Glenn R. Kantor - SBN 122643
  E-mail: gkantor@kantorlaw.net
Corinne Chandler – SBN 111423
  E-mail: cchandler@kantorlaw.net
Andrew M. Kantor - SBN 303093
  E-mail: Akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
Brandie Spacone

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE SPACONE,<br><br>             Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND COLGATE-PALMOLIVE COMPANY LONG TERM DISABILITY PLAN,<br><br>             Defendants. | Case No. 5:17-cv-01082 JGB-SP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1
STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their attorneys of record, that the parties have settled their dispute and request that the above-captioned action shall be, and hereby is, dismissed with prejudice.  Each party shall bear its and her own fees and costs.

DATED: August 17, 2018                              KANTOR & KANTOR, LLP

By  */s/ Andrew M. Kantor*
Andrew M. Kantor
Attorney for Plaintiff
Brandie Spacone

DATED: August 17, 2018                              HINSHAW & CULBERTSON LLP

By  */s/ Robert E. Hess*
Robert E. Hess
Attorneys for Defendant
Metropolitan Life Insurance Company

### FILER ATTESTATION

I, Andrew M. Kantor, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Andrew M. Kantor*
Andrew M. Kantor