KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE SPACONE,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND COLGATE-PALMOLIVE COMPANY LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 5:17-cv-01082 JGB-SP<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: _____    _____
Hon. Jesus G. Bernal
U.S. District Court Judge

1